# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2016

151905

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DIAPOLIS TIANT SMITH,
      Defendant-Appellant.

SC: 151905
COA: 326278
Ionia CC: 2012-015445-FH

_____/

On order of the Court, the application for leave to appeal the May 12, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's original motion seeking nullification of the cost portion of his judgment of sentence was not a proper filing under MCR 6.429 or Subchapter 6.500.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2016



Clerk

t1004